Dismissed and Memorandum Opinion filed May 31, 2007








Dismissed
and Memorandum Opinion filed May 31, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00212-CV

____________

 

ED HATRICK and ARMANDO GONZALEZ,
Appellants

 

V.

 

HOUSTON POLICE OFFICERS UNION and
THE CITY OF HOUSTON, Appellees

 



 

On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2005-25681

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 7, 2007.  On May 24, 2007, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 31,
2007.

Panel consists of Justices Yates, Edelman, and Seymore.